COPY

FILED

2015 SEP 30 AM 11: 02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>JOHN STEVEN VO,<br>  aka "Phong Cao Nguyen,"<br>CHRISTOPHER HOANG DO,<br>  aka "Andrew Nguyen,"<br>DAT THE PHAM,<br>VU TIEN NGUYEN, and<br>PHI HUNG NGUYEN,<br>  aka "Joshua Liang,"<br>  aka "Haghighi Niloufar,"<br>  aka "Yang Li Jing,"<br><br>                Defendants. | SA CR No. 11- **SACR15-00115**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1029(b)(2): Conspiracy to Commit Access Device Fraud; 18 U.S.C. § 1029(a)(3), (c)(1)(B): Possession of Fifteen or More Counterfeit and Unauthorized Access Devices; 18 U.S.C. § 1029(a)(3): Possession of Fifteen or More Counterfeit and Unauthorized Access Devices; 18 U.S.C. § 1029(a)(4), (c)(1)(B): Possession of Device-Making Equipment; 18 U.S.C. § 1029(a)(5): Access Device Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1029(b)(2)]

A.    OBJECTS OF THE CONSPIRACY

Beginning on a date unknown, but at least as early as in or around August 2015, and continuing to at least on or about September

15, 2015, in Orange and Los Angeles Counties, within the Central District of California, and elsewhere, defendants JOHN STEVEN VO, also known as ("aka") "Phong Cao Nguyen" ("VO"), CHRISTOPHER HOANG DO, aka "Andrew Nguyen" ("DO"), DAT THE PHAM ("PHAM"), and VU TIEN NGUYEN ("V. NGUYEN"), and others known and unknown to the Grand Jury, combined, conspired, and agreed to commit the following offenses against the United States:

1.  Knowingly, and with intent to defraud, in a manner affecting interstate commerce, possessing fifteen or more counterfeit and unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3);

2.  Knowingly, and with intent to defraud, in a manner affecting interstate commerce, possessing and having control and custody of access device-making equipment, in violation of Title 18, United States Code, Section 1029(a)(4); and

3.  Knowingly, and with intent to defraud, in a manner affecting interstate commerce, effecting transactions, with one or more access devices issued to another person or persons, to receive payment or any other thing of value during any one-year period the aggregate value of which is equal to $1,000 or more during that period, in violation of Title 18, United States Code, Section 1029(a)(5).

B.  MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished, in substance, as follows:

1.  Defendants VO and DO, together with others known and unknown to the Grand Jury, would obtain stolen mail containing

2

1  American Express credit cards and American Express credit card

2  account numbers.

3      2.    Defendant VO would possess device-making equipment,

4  including a magnetic stripe card reader writer, a card printer, and

5  an embossing machine, to manufacture unauthorized and counterfeit

6  American Express credit cards.

7      3.    Defendants VO and DO would emboss American Express credit

8  cards with one of their names, an alias of theirs, or the name of

9  another person.

10     4.    Defendants VO, DO, PHAM, and V. NGUYEN would purchase, or

11 attempt to purchase, gift cards using unauthorized and counterfeit

12 American Express credit card account numbers.

13 C.   OVERT ACTS

14     In furtherance of the conspiracy and to accomplish its objects,

15 on or about the following dates, defendants VO, DO, PHAM, and V.

16 NGUYEN, and others known and unknown to the Grand Jury, committed the

17 following overt acts, among others, within the Central District of

18 California, and elsewhere:

19     1.    In or around August 2015, defendant VO told an employee of

20 Vons, located at 27320 Alicia Parkway, Laguna Niguel, California (the

21 "Laguna Niguel Vons"), that defendant VO was training defendant PHAM

22 and another unidentified co-conspirator to purchase gift cards at the

23 Laguna Niguel Vons using American Express credit cards.

24     2.    On or about August 26, 2015, using an unauthorized American

25 Express credit card issued in the name of a victim with initials

26 K.K.K., defendant PHAM purchased gift cards at the Laguna Niguel

27 Vons, at a price of approximately $4,553.55.

28

3.   On or about August 26, 2015, using an unauthorized American Express credit card issued in the name of a victim with initials M.R.B., defendant V. NGUYEN attempted to purchase gift cards at the Laguna Niguel Vons, at a price of approximately $5,072.46.

4.   On or about August 26, 2015, using an unauthorized American Express credit card issued in the name of a victim with initials M.R.B., defendant V. NGUYEN attempted to purchase gift cards at the Laguna Niguel Vons, at a price of approximately $3,035.70.

5.   On or about August 30, 2015, using an unauthorized American Express credit card issued in the name of a victim with initials B.C.L., defendant VO purchased gift cards at the Laguna Niguel Vons, at a price of approximately $5,095.50.

6.   On or about September 2, 2015, using a counterfeit and unauthorized American Express credit card issued in the name of a victim with initials J.A.C., embossed with the name of P.C.N., defendant VO attempted to purchase gift cards at the Laguna Niguel Vons, at a price of approximately $6,577, and presented a counterfeit driver's license in the name of P.C.N. as a form of identification.

7.   On or about September 2, 2015, using a counterfeit and unauthorized American Express credit card issued in the name of a victim with initials T.B.D., embossed with the name of P.C.N., defendant VO attempted to purchase gift cards at the Laguna Niguel Vons, at a price of approximately $6,577, and presented a counterfeit driver's license in the name of P.C.N. as a form of identification.

8.   On or about September 3, 2015, using an unauthorized American Express credit card issued in the name of a victim with initials C.K., defendant PHAM attempted to purchase gift cards at the Laguna Niguel Vons, at a price of approximately $4,553.55.

4

1    9.    On or about September 4, 2015, after defendant VO purchased

2  gift cards using unauthorized and counterfeit American Express credit

3  cards at the Laguna Niguel Vons, defendant V. NGUYEN drove defendant

4  VO from the Laguna Niguel Vons to defendant VO's residence on West

5  Highland Avenue, in Santa Ana, California (the "Highland Residence").

6    10.    On or around September 13, 2015, using an unauthorized and

7  counterfeit American Express credit card issued in the name of a

8  victim with initials G.M.H., defendant DO purchased gift cards at

9  Vons, located at 5600 East Santa Ana Canyon Road, Anaheim,

10  California, at a price of approximately $5,583.

11    11.    On or about September 14, 2015, using an unauthorized

12  American Express credit card issued in the name of a victim with

13  initials A.K.M., defendant DO attempted to purchase gift cards at

14  Vons, located at 1820 Ximeno Avenue, Long Beach, California (the

15  "Long Beach Vons"), at a price of approximately $5,059.50.

16    12.    On or about September 14, 2015, using an unauthorized

17  American Express credit card issued in the name of a victim with

18  initials S.S.R., defendant VO attempted to purchase gift cards at the

19  Long Beach Vons, at a price of approximately $5,009.36.

20    13.    On or about September 15, 2015, defendants VO, DO, PHAM,

21  and V. NGUYEN met at the Highland Residence.

22    14.    On or about September 15, 2015, at the Highland Residence,

23  defendant VO possessed approximately 49 pieces of American Express

24  mail, device-making equipment, including a magnetic stripe card

25  reader writer, a card printer, and an embossing machine, 121

26  unauthorized and counterfeit American Express credit cards, including

27  counterfeit American Express credit cards embossed with the names of

28

5

1  A.N. and P.C.N., a counterfeit driver's license in the name of

2  P.C.N., and one Vons Club card.

3      15.   On or about September 15, 2015, in a vehicle parked in the

4  driveway of the Highland Residence, defendant DO possessed

5  approximately three pieces of American Express mail, thirteen

6  unauthorized and counterfeit American Express credit cards, including

7  counterfeit American Express credit cards embossed with the names of

8  A.N. and P.C.N., a counterfeit driver's license in the name of A.N.,

9  and one Vons Club card.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

COUNT TWO

[18 U.S.C. § 1029(a)(3), (c)(1)(B)]

On or about September 15, 2015, in Orange County, within the Central District of California, defendant JOHN STEVEN VO, also known as ("aka") "Phong Cao Nguyen" ("VO"), knowingly and with intent to defraud, possessed at least fifteen counterfeit and unauthorized access devices, as defined in Title 18, United States Code, Sections 1029(e)(1), (2), and (3), namely, approximately 121 American Express credit card numbers, and twenty California Driver's License numbers, in the names of and belonging to persons other than defendant VO, obtained with an intent to defraud, with said possession affecting interstate and foreign commerce.

Such possession occurred after defendant VO had been convicted of an offense under Title 18, United States Code, Section 1029, namely, Conspiracy to Commit Access Device Fraud, in violation of Title 18, United States Code, Section 1029(b)(2), in the United States District Court for the Central District of California, Case Number SA CR 03-229-JVS, on or about June 8, 2005.

1

COUNT THREE

2

[18 U.S.C. § 1029(a)(3)]

3      On or about September 15, 2015, in Orange County, within the

4   Central District of California, defendant CHRISTOPHER HOANG DO, also

5   known as ("aka") "Andrew Nguyen" ("DO"), knowingly and with intent to

6   defraud, possessed at least fifteen counterfeit and unauthorized

7   access devices, as defined in Title 18, United States Code, Sections

8   1029(e)(1), (2), and (3), namely, approximately thirteen American

9   Express credit card numbers, one California Driver's License number,

10  two social security numbers, and no less than 150 bank account

11  numbers and routing numbers, in the names of and belonging to persons

12  other than defendant DO, obtained with an intent to defraud, with

13  said possession affecting interstate and foreign commerce.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT FOUR

[18 U.S.C. § 1029(a)(3)]

On or about September 15, 2015, in Orange County, within the Central District of California, defendant PHI HUNG NGUYEN, also known as ("aka") "Joshua Liang," aka "Haghighi Niloufar," aka "Yang Li Jing" ("P. NGUYEN"), knowingly and with intent to defraud, possessed at least fifteen counterfeit and unauthorized access devices, as defined in Title 18, United States Code, Sections 1029(e)(1), (2), and (3), namely, approximately six American Express credit card numbers, four Chase credit card numbers, and no less than 150 bank account numbers and routing numbers, in the names of and belonging to persons other than defendant P. NGUYEN, obtained with an intent to defraud, with said possession affecting interstate and foreign commerce.

COUNT FIVE

[18 U.S.C. § 1029(a)(4), (c)(1)(B)]

On or about September 15, 2015, in Orange County, within the Central District of California, defendant JOHN STEVEN VO, also known as "Phong Cao Nguyen" ("VO"), together with others known and unknown to the Grand Jury, knowingly and with intent to defraud, possessed and had control and custody of device-making equipment, as defined in Title 18, United States Code, Section 1029(e)(6), namely, a MSR606 Magnetic Stripe Card Reader Writer, bearing serial number A6140702465, a Fargo Electronics Persona C30e model number 054400 card printer, bearing serial number A8270261, and a Wonder embossing machine, bearing identification number 16HFS001-60X90-0611 P0324-0016, with said possession affecting interstate and foreign commerce.

Such possession occurred after defendant VO had been convicted of an offense under Title 18, United States Code, Section 1029, namely, Conspiracy to Commit Access Device Fraud, in violation of Title 18, United States Code, Section 1029(b)(2), in the United States District Court for the Central District of California, Case Number SA CR 03-229-JVS, on or about June 8, 2005.

COUNT SIX

[18 U.S.C. §§ 1029(a)(5), 2(a)]

Beginning from in or around August 2015, and continuing to at least on or about September 15, 2015, in Orange and Los Angeles Counties, within the Central District of California, and elsewhere, defendants JOHN STEVEN VO, also known as ("aka") "Phong Cao Nguyen," CHRISTOPHER HOANG DO, aka "Andrew Nguyen," DAT THE PHAM, and VU TIEN NGUYEN, together with others known and unknown to the Grand Jury, aiding and abetting one another, with access devices (as defined in Title 18, United States Code, Sections 1029(e)(1) and (3)) issued to other persons, namely, American Express credit card numbers, knowingly and with intent to defraud effected transactions in and affecting interstate and foreign commerce, and by such conduct received payment and things of value, their value totaling $1,000 or more, during the period described above.

COUNT SEVEN

[18 U.S.C. § 1028A(a)(1)]

Beginning on or about September 2, 2015, and continuing to on or about September 15, 2015, in Orange County, within the Central District of California, defendant JOHN STEVEN VO, also known as "Phong Cao Nguyen" ("VO"), knowingly transferred, possessed, and used, without lawful authority, a means of identification that defendant VO knew belonged to another person, namely, the name and address of P.C.N., contained on the counterfeit California Driver's License in the name of P.C.N., during and in relation to the offenses of Possession of Fifteen or More Counterfeit and Unauthorized Access Devices, a felony violation of Title 18, United States Code, Sections 1029(a)(3), as charged in Count Two of the Indictment, and Access Device Fraud, a felony violation of Title 18, United States Code, Sections 1029(a)(5) and 2(a), as charged in Count Six of the Indictment.

12

COUNT EIGHT

[18 U.S.C. § 1028A(a)(1)]

On or about September 15, 2015, in Orange County, within the Central District of California, defendant CHRISTOPHER HOANG DO, also known as "Andrew Nguyen" ("DO"), knowingly transferred, possessed, and used, without lawful authority, a means of identification that defendant DO knew belonged to another person, namely, the name and address of A.N., contained on the California Driver's License issued in the name of A.N., during and in relation to the offense of Possession of Fifteen or More Counterfeit and Unauthorized Access

//

//

13

1  Devices, a felony violation of Title 18, United States Code, Section

2  1029(a)(3), as charged in Count Three of the Indictment.

3

4                                    A TRUE BILL

5

6

7                                    _____
                                     Foreperson

8  EILEEN M. DECKER
   United States Attorney
9

10

11  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
12  Chief, Criminal Division

13  DENNISE D. WILLETT
    Assistant United States Attorney
14  Chief, Santa Ana Branch Office

15  JOSEPH T. MCNALLY
    Assistant United States Attorney
16  Deputy Chief, Santa Ana Branch
    Office
17
    SCOTT D. TENLEY
18  Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

                        14